# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Anthony Cross | **COURT CASE NUMBER** 3:14-cv-01310-KI |
| **DEFENDANT** City of Portland, Asheim, Defrain, Burley, Murphy, Dale, Duilio | **TYPE OF PROCESS** Civil Summons, Complaint, etc. |

FILED06 NOV '14 14:44USDC-ORP

**NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT**
Charles Asheim
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
PPB North Precinct, 449 NE Emerson St., Portland, OR 97211

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Zachary Spier, Attorney at Law
405 NW 18th Ave
Portland, OR 97209

| | |
|---|---|
| Number of process to be served with this Form 285 | 9 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Process to be served: Summons, complaint, IFP application, case assignment order, magistrate consent, IFP order, discovery/scheduling order, discovery agreement, case management schedule
The above defendant works 4 p.m. to 2 a.m. Wednesday through Saturday. Per PPB Directive 220.40, can schedule service at beginning or end of shift. Precinct # (503) 823-5700.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (503) 305-3730
DATE: 9/30/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 65
District to Serve No. 65
Signature of Authorized USMS Deputy or Clerk: Nulma S Boyd
Date: 10/8/14

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 10·31·14
Time: 12 pm [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 3.30 | 0 | 68.30 | | $0.00 |

**REMARKS:** Receptionist Winslow wouldn't accept process that it needs to go to court coordinator.

RECEIVED UNITED STATES MARSHAL PORTLAND, OREGON 14 OCT -8 PM 3:41

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80