JAMES G. RICE, Oregon State Bar ID Number 824884
Senior Deputy City Attorney
Email: Jim.Rice@portlandoregon.gov
REBECA PLAZA, Oregon State Bar ID Number 053504
Deputy City Attorney
Email: Rebeca.Plaza@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ANTHONY CROSS,** | 3:14-cv-01310-KI |
| **PLAINTIFF,** | |
| v. | **DEFENDANTS' PROPOSED CASE SCHEDULE** |
| **CITY OF PORTLAND,** a public body, **CHARLES ASHEIM,** in his individual capacity, **JAMES DEFRAIN,** in his individual capacity, **CHRISTOPHER BURLEY,** in his individual capacity, **PATRICK MURPHY,** in his individual capacity, **BRIAN DALE,** in his individual capacity, and **KEN DUILIO,** in his individual capacity, | |
| **DEFENDANTS.** | |

In response to the Court's Order, Docket No. 39, counsel for Defendants have attempted to communicate with Plaintiff's attorney by both email and U.S. Mail in order to confer on a new case schedule. Defendants proposed the new schedule set forth below to Plaintiff and have not received a response:

Page 1 – DEFENDANTS' PROPOSED CASE SCHEDULE

Discovery cut-off: 15 October 2015

Dispositive motions, if any: 15 November 2015

Expert reports due: 15 December 2015

While Plaintiff has not approved this schedule, Defendants are filing it with the Court in order to comply with the Court's Order (Docket No. 39). However, Defendants find it difficult to propose new dates to the Court at this point in time. Defendants filed a Motion to Compel and Declaration in Support (Docket No.'s 40-41) on June 19, 2015, because Plaintiff did not provide any discovery in response to a basic Request for Production in violation of the Court's Order (Docket No. 26). This proposed new schedule does not account for any other difficulties Defendants may encounter during the discovery period.

Dated: June 30, 2015

Respectfully submitted,

_____
James G. Rice, OSB # 824884
Sr. Deputy City Attorney
Rebeca Plaza, OSB # 053504
Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendants

Page 2 – DEFENDANTS' PROPOSED CASE SCHEDULE