UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANTHONY CROSS**,

        Plaintiff,

   v.

**CITY OF PORTLAND, a public body, CHARLES ASHEIM, in his individual capacity, JAMES DEFRAIN, in his individual capacity, CHRISTOPHER BURLEY, in his individual capacity, PATRICK MURPHY, in his individual capacity, BRIAN DALE, in his individual capacity, and KEN DUILIO, in his individual capacity**,

        Defendants.

Case No. 3:14-CV-01310-KI

JUDGMENT

    Zachary Spier
    405 NW 18th Avenue
    Portland, OR 97209

        Attorney for Plaintiff

Page 1 - JUDGMENT

James G. Rice
Senior Deputy City Attorney
Rebeca Plaza
Deputy City Attorney
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204

Attorneys for Defendants

KING, Judge:

BASED ON THE RECORD, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this  18th  day of September, 2015.

  /s/  Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT